# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| PRATEEK BHARGAVA, | No.  ED CV 09-1111-RSWL (PLA) |
| Petitioner, | **ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation, and petitioner's objections.  The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1.     The final report and recommendation is adopted.

2.     Judgment shall be entered consistent with this order.

3.     The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED:  June 15, 2011

RONALD S.W. LEW

HONORABLE RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE