**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| PRATEEK BHARGAVA, | No. ED CV 09-1111-RSWL (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

RONALD S.W. LEW

DATED: June 15, 2011

HONORABLE RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE